**Haywood WILLIAMS, Jr., Petitioner— Appellant,**

**v.**

**A.F. BEELER, Warden, Respondent— Appellee.**

No. 07–7532.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 21, 2008.

Decided: Feb. 26, 2008.

Haywood Williams, Jr., Appellant Pro Se.

Before MOTZ and GREGORY, Circuit Judges, and WILKINS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Haywood Williams, Jr., a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Williams v. Beeler,* No. 5:06–hc–02134–D (E.D.N.C. Sept. 21, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*